IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                    CASE NO. 4:06m4008-001

Rigoberto Lopez-Ayala                                                  DEFENDANT

## ORDER

On this 29th day of December, 2006, the Court finds that the Defendant Rigoberto Lopez-Avala has charges pending against him in the United States District Court, Northern District of Iowa, that he is currently in custody within this district pursuant to an arrest warrant issued by that Court, and that he has waived his right to a Rule 5 hearing before this Court.  Upon the Defendant signing a unsecured bond in the amount of $2,500.00 and surrendering his passport to the Clerk of the Court, United States District Court, Western District of Arkansas, Texarkana Division, the Court finds that the Defendant should be released from custody.  Therefore, it is hereby ordered that the Defendant Rigoberto Lopez-Avala be released from custody upon the completion of the above conditions.  Thereafter, Defendant is ordered to appear before the United States District Court, Northern District of Iowa as ordered by this Court in its Order Setting Conditions of Release.

IT IS SO ORDERED.

                                                          /s/Harry F. Barnes
                                                         Hon. Harry F. Barnes
                                                         United States District Judge